IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SHONDA CRISP, | : | Case No. 1:21-cv-180 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| NEW BEGINNINGS BEHAVIORAL HEALTH, LLC, et al. Defendants. | : | |

**ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATION (DOC. 26) AND
GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. 25)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 26), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion for Default Judgment (Doc. 25) and **ENTERS** default judgment against Defendants, jointly and severally, in the total amount **$21,180.21**, which sum includes unpaid overtime wages equal to $5,309.04, liquated damages equal to $5,309.94, treble damages equal to $3,157.07, an Ohio Prompt Pay Act award of $318.60, and $7,084.66 in attorneys' fees and expenses.

IT IS SO ORDERED.

By: *[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JUDGE MATTHEW W. McFARLAND