IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SHONDA CRISP, | : | Case No. 1:21-cv-180 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| NEW BEGINNINGS BEHAVIORAL HEALTH, LLC, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the pending Report and Recommendation of United States Magistrate Stephanie K. Bowman (Doc. 34), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Defendant failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 34) in its entirety.

Accordingly, for the reasons stated in the Report and Recommendation, Defendant Tina Howell's post-judgment motion to vacate the judgment against her (Doc. 32) is **DENIED** as untimely and, alternatively, on its merits. Additionally, to ensure proper notice of this Order, the Clerk of Court **SHALL ADD** Defendant Tina Howell's address to the record in this case and **SHALL MAIL** a copy of this Order and the Report and Recommendation (Doc. 34) to the address provided by Defendant Tina Howell in the motion.

**IT IS SO ORDERED.**

                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF OHIO

                                By: _____
                                        JUDGE MATTHEW W. McFARLAND